IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) Case No.: 2:16-CV-00807 |
| | ) |
| Plaintiff, | ) **FIRST AMENDED ANSWER by DEONTE** |
| | ) **HAMNER** |
| vs. | ) |
| | ) |
| DEONTE L. HAMNER, CITY OF MONTGOMERY, | ) |
| | ) |
| Defendants, | ) |

COMES NOW Deonte L. Hamner, by and through undersigned counsel, in answer to the complaint filed in the above-entitled case, says as follow:

**FIRST AMENDED ANSWER**

1. Defendant Deonte Hamner admits the material allegations contained in item four (4) of the Complaint;

2. Defendant Deonte Hamner is without sufficient information to either admit or deny the material allegations contained in items one, two, and fourteen of the complaint; defendant, therefore, denies the material allegations contained therein.

3. Defendant denies the material allegations contained in items three, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty-one, twenty-six, twenty-seven, thirty, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-six, and forty-seven of the Complaint, including all sub-parts, headings and claims for relief, separately and individually, and demands strict proof thereof;

4.  Items twenty, twenty-two, twenty-three, twenty-four, twenty-five, twenty-eight, twenty-nine, thirty-one, thirty-two, forty-three, forty-four, and forty-five do not contain allegations against Defendant Hamner which require a response.

## AFFIRMATIVE DEFENSES

5.  Defendant pleads that he is entitled to qualified immunity on all federal claims lodged against him;

6.  Defendant pleads that he is entitled to discretionary function immunity under § 6-5-338 Ala. Code (1975) on all state-law claims;

7.  Defendant pleads that he is entitled to state-agent immunity on all state-law claims;

8.  Defendant pleads that Plaintiff was, himself, guilty of negligence, wantonness, recklessness, intentional acts, and criminal acts with proximately caused or contributed to the injuries and damages claimed;

9.  Defendant pleads that Plaintiff knowingly assumed the risks of his own actions which proximately caused of contributed to the injuries or damages claimed;

10.  Defendant pleads that Plaintiff was himself guilty of dishonest or criminal acts which bar recovery;

11.  Defendant pleads the Plaintiff consented to all of the acts alleged in the Complaint.

Respectfully submitted,

/s/ Wallace D. Mills
Attorney for Deonte L. Hamner

OF COUNSEL:
Wallace D. Mills, P.C.
621 South Hull St.
Montgomery, AL 36104
wallace@wallacemills.com
(334) 593-8053

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Walter Lee Gresham, III, Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
lee@hgdlawfirm.com

Michael D. Brymer, Esq.
City of Montgomery Legal Dept.
103 N. Perry St.
Montgomery, AL 36101
mbrymer@montgomeryal.gov

Troy R. King, Esq.
The Law Offices of Troy King
7065 Fain Park Dr., Suite 203
Montgomery, AL 36117
troy@troykinglaw.com

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

/s/ Wallace D. Mills
OF COUNSEL