IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:16-cv-807-ALB |
| | ) |
| OFFICER DEONTE L. HAMNER, | ) |
| Individually and in his official capacity | ) |
| as a City of Montgomery Police | ) |
| Officer; CITY OF MONTGOMERY, | ) |
| et al., | |
| Defendants. | |

## **ORDER**

This matter comes before the court on Plaintiff's Counsel's Motion to Withdraw as Counsel. (Doc. 57).

Three months ago, Plaintiff John Doe failed to appear for several appointments with his counsel. Thereafter, Plaintiff's counsel attempted repeatedly and through various mediums of communication to contact Plaintiff so that he might continue to prosecute his case. Plaintiff's counsel has gone so far as to contact Plaintiff's mother to ask her to intercede for him. All of this has been to no avail.

Counsel's inability to communicate with his client has rendered him unable to provide effective representation. Consequently, Plaintiff's counsel moves to withdraw from the case.

In light of these events, the court orders as follows:

1. Plaintiff's Counsel's Motion to Withdraw as Counsel (Doc. 57) is **GRANTED**.

2. Plaintiff's Counsel is **DIRECTED** to attempt to serve a copy of this order on Plaintiff at his last known address.

3. Plaintiff has until January 10, 2020 to notify the court that he wishes to pursue this case. If he does not do so by that date, this case will be dismissed.

**DONE** and **ORDERED** this 6th day of December, 2019.

                                    /s/ Andrew L. Brasher
                                ANDREW L. BRASHER
                                UNITED STATES DISTRICT JUDGE